UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 15-0025 (PLF) |
| CHRISTOPHER FORD, et. al. | ) ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons stated in the accompanying Opinion issued this same day, it is hereby

ORDERED that Fenwick's motion to compel, Dkt. 103, is DENIED as moot; it is

FURTHER ORDERED that Grant's motion to compel is DENIED; it is

FURTHER ORDERED that Hager's motion to compel is DENIED; it is

FURTHER ORDERED that Sanders's motion to compel is DENIED; it is

FURTHER ORDERED that Grant's motion to exclude cooperating witness testimony, Dkt. 117, is DENIED; it is

FURTHER ORDERED that Grant's motion for a reliability hearing, Dkt. 122, is DENIED; it is

FURTHER ORDERED that Ford's motion to exclude cooperating witness testimony and request for a reliability hearing is DENIED; it is

FURTHER ORDERED that Fenwick's motion to exclude cooperating witness testimony and request for a reliability hearing is DENIED as moot; it is

2

   FURTHER ORDERED that Hager's motion to exclude cooperating witness testimony and request for a reliability hearing is DENIED; it is

   FURTHER ORDERED that Leach's motion to exclude cooperating witness testimony and request for a reliability hearing is DENIED; it is

   FURTHER ORDERED that Ford's motion to compel, Dkt. 119, is DENIED; it is

   FURTHER ORDERED that Grant's motion to compel is DENIED; it is

   FURTHER ORDERED that Hager's motion to compel is DENIED; it is

   FURTHER ORDERED that Sanders's motion to compel is DENIED; and it is

   FURTHER ORDERED that Leach's motion to compel is DENIED.

   SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: February 4, 2016