UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 6 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-0025 (PLF) |
| | ) | |
| CHRISTOPHER FORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Opinion issued this same day, it is hereby

ORDERED that Fenwick's motion to suppress, Dkt. 101, is DENIED as moot; it is

FURTHER ORDERED that Simmons's adopting motion to suppress is DENIED; it is

FURTHER ORDERED that Grant's adopting motion to suppress is DENIED as moot; it is

FURTHER ORDERED that Hager's adopting motion to suppress is DENIED; it is

FURTHER ORDERED that Sanders's adopting motion to suppress is DENIED; it is

FURTHER ORDERED that Leach's adopting motion to suppress is DENIED as moot; it is

FURTHER ORDERED that Ford's motion to dismiss, Dkt. 121, is DENIED; it is

FURTHER ORDERED that Simmons's adopting motion to dismiss is DENIED; it is

FURTHER ORDERED that Grant's adopting motion to dismiss is DENIED as moot; it is

FURTHER ORDERED that Fenwick's adopting motion to dismiss is DENIED as moot; it is

FURTHER ORDERED that Hager's adopting motion to dismiss is DENIED; it is

FURTHER ORDERED that Sanders's adopting motion to dismiss is DENIED; it is

FURTHER ORDERED that Leach's adopting motion to dismiss is DENIED as moot; it is

FURTHER ORDERED that Ford's motion to suppress, Dkt. 124, is DENIED;

FURTHER ORDERED that Simmons's adopting motion to suppress is DENIED; it is

FURTHER ORDERED that Grant's adopting motion to suppress is DENIED as moot; it is

FURTHER ORDERED that Fenwick's adopting motion to suppress is DENIED as moot; it is

FURTHER ORDERED that Hager's adopting motion to suppress is DENIED; it is

FURTHER ORDERED that Sanders's adopting motion to suppress is DENIED; it is

FURTHER ORDERED that Leach's adopting motion to suppress is DENIED as moot; it is

FURTHER ORDERED that Sanders's motion to suppress, Dkt. 127, is DENIED; it is

FURTHER ORDERED that Grant's adopting motion to suppress is DENIED as moot; it is

FURTHER ORDERED that Fenwick's adopting motion to suppress is DENIED as moot; it is

FURTHER ORDERED that Hager's adopting motion to suppress is DENIED; it is

FURTHER ORDERED that Leach's adopting motion to suppress is DENIED as moot; it is

FURTHER ORDERED that Simmons's motion to suppress, Dkt. 128, is DENIED; it is

FURTHER ORDERED that Grant's adopting motion to suppress is DENIED as moot; it is

FURTHER ORDERED that Hager's adopting motion to suppress is DENIED;
and it is

FURTHER ORDERED that Leach's adopting motion to suppress is DENIED as
moot.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 4/26/16